No. 5031.—Brunet, aplda., *v.* Rosario et al., apltes.—C. D. San Juan. ▮▮▮▮▮▮ Julio 23, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Apareciendo de la moción y certificación acompañada que la parte apelante dejó transcurrir la prórroga que le concedió la corte sentenciadora en mayo 25, 1929, sin haber presentado la exposición del caso ni solicitado nueva prórroga para hacerlo; que tampoco se ha radicado la transcripción de los autos en este tribunal, y finalmente, que la dicha parte apelante hizo manifiesta su intención de desistir de la apelación mediante moción radicada en la corte inferior, por tanto, se declara con lugar la moción y en su consecuencia se desestima el recurso entablado por la parte demandada contra sentencia de mayo 14, 1929, dictada en este caso por la Corte de Distrito de San Juan.

No. 3892.—El Pueblo, apldo., *v.* Malavé, aplte.—C. D. Ponce. ▮▮▮▮▮▮▮▮▮ Julio 23, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Celebrada la vista de esta apelación contra sentencia que condena al apelante por delito de acometimiento y agresión con la circunstancia agravante de ser el apelante un varón adulto y la agredida una mujer; y apareciendo que los dos motivos del recurso no están justificados, pues se probó que el apelante es varón de más de veinte y un años de edad y que acometió y agredió a dicha mujer según la conclusión a que llegó la corte inferior al resolver el conflicto de la evidencia en ese particular, debemos confirmar y confirmamos la sentencia apelada.